**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7153**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WANSLEY OTTO MASSEY, a/k/a Pops,

Defendant - Appellant.

---

**No. 97-7154**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WANSLEY OTTO MASSEY, a/k/a Pops,

Defendant - Appellant.

---

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte.  William L. Osteen, Sr., District Judge, sitting by designation.  (CR-94-170-3-3-V)

Submitted:   December 11, 1997      Decided:  December 30, 1997

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge

Dismissed by unpublished per curiam opinion.

Wansley Otto Massey, Appellant Pro Se.  Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying his motions for disclosure of the grand jury concurrence form, a <u>Batson</u> challenge form, and challenging the jurisdiction of the district court. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>United States v. Massey</u>, No. CA-94-170-3-3-V (W.D.N.C. July 29 & 31, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>